ment of conviction of the County Court of Kings County affirmed by default.

PEOPLE v. BROOKLYN BANK IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Proceeding by the People of the State of New York against the Brooklyn Bank in the City of New York.

PER CURIAM. Order affirmed, without costs, with leave to the petitioner to apply to this court for a reargument of the application heretofore made for a modification of the decree herein, if he be so advised. See, also, 64 Misc. Rep. 538, 118 N. Y. Supp. 722; 146 App. Div. 897, 131 N. Y. Supp. 1133.

BETTS, J., not sitting.

PEOPLE, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Proceeding by the People of the State of New York against William M. Carter. G. G. Battle, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. COCUZZO, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against Rose Cocuzzo. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE, Respondent, v. DE JESU, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Proceeding by the People of the State of New York against Philomeno De Jesu. No opinion. Judgment of conviction of the Court of Special Sessions affirmed. See, also, 137 N. Y. Supp. 1133.

PEOPLE, Respondent, v. FRANK, Appellant. (Supreme Court, Appellate Division, First Department. December 20, 1912.) Proceeding by the People of the State of New York against Rebecca Frank. C. E. Le Barbier, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE v. GLADMAN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against George J. Gladman. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE v. GOLDMAN. SAME v. GORMLEY. SAME v. HEIN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceedings by the People of the State of New York against Louis Goldman, against Terence Gormley, and against Edward Hein. No opinions. Motions granted. Orders filed.

PEOPLE v. GUITON et al. (Supreme Court, Appellate Division, Third Department. November 22, 1912.) Proceeding by the People of the State of New York against John J. Guiton and another. No opinion. Motion denied. See, also, 137 N. Y. Supp. 600.

PEOPLE v. JAGLOWSKY. SAME v. NOBLETT. SAME v. RUFFIAN. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceedings by the People against Benjamin Jaglowsky, against E. Arden Noblett, and against Eugene Ruffian. No opinion. Motions granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. KARPEL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against David Karpel. No opinion. Motion granted. See, also, 138 N. Y. Supp. 1134.

PEOPLE, Respondent, v. KARPEL, Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Proceeding by the People of the State of New York against David Karpel. No opinion. Motion for reargument granted, and hearing set down for Monday, December 9, 1912. See also, 138 N. Y. Supp. 1134.

PEOPLE v. KEMPNER et al. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Louis Kempner and others. No opinion. Motion granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE v. KLEIN. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Frank Klein. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. KRAMER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Pro-

ceeding by the People of the State of New York against Stephen Kramer. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default. See, also, 151 App. Div. 918, 135 N. Y. Supp. 1132.

PEOPLE, Respondent, v. KRESSIE, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Proceeding by the People of the State of New York against Henry Kressie. No opinion. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered, on the ground that the commission of the offense is not proven beyond a reasonable doubt. See, also, 137 N. Y. Supp. 1134.

PEOPLE, Respondent, v. LADIN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Proceeding by the People of the State of New York against Sarah Ladin. T. A. Keppler, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed. See, also, 137 N. Y. Supp. 1134.

PEOPLE, Respondent, v. LEMON, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceeding by the People of the State of New York against Jacob Lemon. No opinion. Judgment of conviction of the County Court of Kings County affirmed by default. See, also, 137 N. Y. Supp. 1134.

PEOPLE, Respondent, v. LUONGO, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Proceeding by the People of the State of New York against Carmine Luongo. C. L. Jordan, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. MEINHARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Proceeding by the People of the State of New York against Theodore P. Meinhard. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. O'BRIEN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Proceeding by the People of the State of New York against Thomas O'Brien and others. A. J. Levy, of New York City, for appellants. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed.

PEOPLE, Respondent, v. OLSEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Proceed-ing by the People of the State of New York against Harry Olsen. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 137 N. Y. Supp. 1135.

PEOPLE, Respondent, v. ROSENTHALER, Appellant. (Supreme Court, Appellate Division, First Department. November 22, 1912.) Proceeding by the People of the State of New York against Hans Rosenthaler. E. E. Wise, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. ROSSO. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Frank Rosso. With this case has been consolidated in this court cases bearing titles as follows: People v. Morris Seiff; People v. Samuel Shore; People v. Benjamin W. Smith; People v. James Spencer et al. No opinion. Motions granted. Orders filed.

PEOPLE, Respondent, v. SCOTTA, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1912.) Proceeding by the People of the State of New York against Pasquale Scotta. No opinion. Judgment of conviction of the County Court of Kings County affirmed. See, also, 151 App. Div. 918, 135 N. Y. Supp. 1133.

PEOPLE v. SHULTZ. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Proceeding by the People of the State of New York against Alfred Shultz. No opinion. Motion granted. Order filed.

PEOPLE v. STEINBERG. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceeding by the People of the State of New York against Gussie Steinberg. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE v. SUGAR. SAME v. WISANSKY. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Proceedings by the People of the State of New York against Annie Sugar, and against Benjamin Wisansky. No opinions. Motions granted. Orders filed.

PEOPLE v. UNTERMYER. (Supreme Court, Appellate Division, First Department. December 13, 1912.) Proceeding by the People of the State of New York against Irwin Untermyer. No opinion. Motion denied. Order filed. See, also, 138 N. Y. Supp. 334.